FILED
U.S. DISTRICT COURT

2015 JAN 30  A 9: 06

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

**SAMANTHA R. HAJICEK**
Samantha2014@Hajicek.com
19400 E. 37th Terrace Court South, #214
Independence, Missouri  64057
816-536-4662
*Plaintiff pro se*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| SAMANTHA R. HAJICEK. | |
| Plaintiff, | **NOTICE OF PARTIAL** |
| vs. | **DISMISSAL WITHOUT PREJUDICE** |
| VERNON HEPERI, et al., | |
| Defendants. | |
| | Case No.: 2:14cv00640 |
| | Honorable Robert J. Shelby |

COMES NOW the plaintiff Samantha R. Hajicek, appearing *pro se*, and, pursuant to Fed.R.Civ.P. 41(1)(A)(i), hereby voluntarily dismisses her claims against defendants Corporation of The President of The Church of Jesus Christ of Latter-day Saints, Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints, The Church of Jesus Christ of Latter-day Saints, Addie Bradburn, and Intermountain Health Care, Inc.

SAMANTHA R. HAJICEK

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of January, 2015, I filed the forgoing motion with the United States District of Utah via overnight delivery, and served the following Defendants with true and complete copies by Postal Mail:

David B. Erickson
Matthew C. Ballard
Intermountain Healthcare Legal Department
36 South State Street, 24th Floor
Salt Lake City, UT  84111
*Attorneys for "Intermountain Defendants"*

Peter C. Schofield
Joshua D. K. Figueira
R. Willis Orton
Kirton | McConkie
Kirton McConkie Building, Suite 400
50 East S. Temple
P.O. Box 45120
Salt Lake City, UT  84145
*Attorneys for "Church Defendants"*

Peter C. Schofield
Joshua D. K. Figueira
Joseph V. Osmond
Kirton | McConkie
Thanksgiving Park Four
2600 W. Executive Parkway, Suite 400
Lehi, UT  84043
*Attorneys for "BYU Defendants"*

SAMANTHA R. HAJICEK