IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SAMANTHA R. HAJICEK,**<br><br>Plaintiff,<br><br>v.<br><br>**VERNON HEPERI, et al.,**<br><br>Defendants. | **REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-00640-RJS<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

The undersigned recommends DISMISSING the claims against Brigham Young University, Vernon Heperi, Glory Drake, Lacey Reynolds, Jay Brown, Jeff Vest, Craig Merill, Ryan Judd, Brad Burr and Robert Eyer (the "BYU defendants") without prejudice.

On January 30, 2015, Samantha R. Hajicek, appearing *pro se* moved to dismiss her claims against the BYU defendants without prejudice pursuant to Rule 41(a)(2) for a variety of reasons, including her inability to retain counsel. (ECF No. 30-1.) Ms. Hajicek subsequently obtained counsel. (ECF No. 35.) In the ensuing months, Ms. Hajicek's counsel has not sought to withdraw the Motion.

Therefore, the undersigned recommends the District Court dismiss the claims against the BYU defendants without prejudice.

DATED this 15th day of July, 2015.

BY THE COURT:

_____
Evelyn J. Furse
United States Magistrate Judge